Henry S. KERNIUS and Ray J. Frise,
Plaintiffs–Appellants,

v.

INTERNATIONAL ELECTRONICS,
INC. (now known as Chamberlain
Wireless Products, Inc.), Defendant–
Cross Appellant,

and

Wal–Mart Stores, Inc., Defendant–
Appellee,

and

Target Corporation, Radio Shack Cor-
poration, and Best Buy Company,
Inc., Defendants–Appellees.

Nos. 2008–1338, 2008–1339.

United States Court of Appeals,
Federal Circuit.

Nov. 25, 2008.

ON MOTION

*ORDER*

Upon consideration of the parties' joint motion to remand this case, *Kernius v. International Electronics, Inc.,* to the United States District Court for the District of Maryland, no. 05–CV–1927, for further proceedings consistent with the settlement agreement reached by the parties and, specifically, to allow the parties to jointly move the district court for vacatur of certain rulings,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.

Alvin G. SIMPSON, Claimant–
Appellant,

v.

James B. PEAKE, M.D., Secretary of
Veterans Affairs, Respondent–
Appellee.

No. 2008–7158.

United States Court of Appeals,
Federal Circuit.

Nov. 25, 2008.

Alvin G. Simpson, Navasota, TX, pro se.

**ORDER**

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.